UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Julio Cesar Valle-Vizcarra,

        Petitioner

v.

John Mattos,

        Respondent

Case No.: 2:25-cv-02477-CDS-BNW

**Order Directing
Service of the Petition**

Petitioner Julio Cesar Valle-Vizcarra, immigration detainee, has filed a pro se petition for writ of habeas corpus under 28 U.S.C. § 2241. ECF Nos. 1, 1-1. Following a preliminary review of the petition, I direct that the petition be served on the respondents and direct the respondents to file a response.

IT IS HEREBY KINDLY ORDERED that that the Clerk of Court:

1. **DELIVER** a copy of the petition (ECF Nos. 1, 1-1) and this order to the U.S. Marshal for service.

2. **ADD** the United States Attorney for the District of Nevada to the docket as an Interested Party.

3. **SEND**, through CM/ECF, a copy of the petition (ECF Nos. 1, 1-1) and this order to the United States Attorney for the District of Nevada at Sigal.Chattah@usdoj.gov, Veronica.Criste@usdoj.gov, Summer.Johnson@usdoj.gov and caseview.ecf@usdoj.gov, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

4. **MAIL** a copy of the petition (ECF Nos. 1, 1-1) and this order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

    1) John Mattos, Warden, Nevada Southern Center, 2190 E. Mesquite Ave. Pahrump, NV 89060

IT IS FURTHER ORDERED that the U.S. Marshal **SERVE** a copy of the petition (ECF Nos. 1, 1-1) and this order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that counsel for the respondents must file a notice of appearance by December 31, 2025, and file and serve their response to the petition by January 12, 2026, unless additional time is allowed for good cause shown.

IT IS FURTHER ORDERED that the petitioner has seven days following the filing of the response to file a reply.

Dated: December 23, 2025

_____
Cristina D. Silva
United States District Judge