UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Julio Cesar Valle Vizcarra, | Case No. 2:25-cv-02477-CDS-BNW |
| Petitioner | **Order Granting Motion for Appointment of Counsel** |
| v. | |
| Warden John Mattos, | [ECF Nos. 10, 11, 12, 15] |
| Respondent | |

In February 2025, the Department of Homeland Security initiated removal proceedings for petitioner Julio Cesar Valle Vizcarra. *See* Form I-831, Ex. 1, ECF No. 9-1. In July 2025, an Immigration Judge ordered the petitioner's removal to Mexico. Order, Ex. 3, ECF No. 9-3. In December 2025, Valle Vizcarra filed a petition for writ of habeas corpus challenging his ongoing detention as unconstitutional and seeking his immediate release. Pet., ECF No. 1. He later filed multiple motions for appointment of counsel. Mots. for app't of counsel, ECF Nos. 10, 11, 12.

Here, I find that appointing counsel is in the interests of justice, given, among other things, the complexities of this case. Prisoners applying for habeas corpus relief are entitled to appointed counsel when the circumstances indicate that appointed counsel is necessary to prevent due process violations or when the interests of justice so require. 18 U.S.C. § 3006A; Rule 8(c), Rules Governing § 2254 Cases; *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986).

It is therefore ordered that Valle Vizcarra's motion for appointment of counsel **[ECF No. 10] is granted.**[1] The Clerk of Court is kindly directed to electronically serve upon the FPD a copy of this order and a copy of the petition (ECF Nos. 1, 1-1).

---

[1] Because I grant his first motion, his other two motions for the same relief **[ECF Nos. 11, 12, 15]** are **denied as moot**.

The Federal Public Defender for the District of Nevada is appointed to represent the petitioner and is directed to file a notice of appearance (or indicate its inability to represent the petitioner) by February 13, 2026. If the Federal Public Defender is unable to represent the petitioner, because of a conflict of interest or for any other reason, alternate counsel will be appointed. Appointed counsel will represent the petitioner in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw.

It is further ordered that if the Federal Public Defender files a notice of appearance in this matter, then he or she will have seven days to file an amended petition (or to indicate that an amended petition is unnecessary). The Federal Public Defender must effectuate service of any amended petition on the respondents.

It is further ordered that a hearing on the petition for writ of habeas corpus (or the amended petition, if any) is set for 11:00 a.m. on February 19, 2026, in LV Courtroom 6B.

Dated: February 6, 2026

_____
Cristina D. Silva
United States District Judge

2