UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Julio Cesar Valle Vizcarra, | Case No. 2:25-cv-02477-CDS-BNW |
| Petitioner | **Order Granting Petitioner's<br>Third Motion for Extension of Time** |
| v. | |
| John Mattos, et al., | [ECF No. 22] |
| Respondents | |

Petitioner Julio Cesar Valle Vizcarra seeks a two-week extension of time to file an amended petition for writ of habeas corpus based on a pending appeal of the immigration judge's removal order. ECF No. 22. The motion is unopposed. Although this is Valle Vizcarra's third motion for an extension of this deadline, good cause exists to grant it.

It is therefore ordered that Valle Vizcarra's motion for extension of time **[ECF No. 22] is granted**. The petitioner has up to and including May 11, 2026, to file an amended petition or other appropriate pleading.

Dated: April 28, 2026

_____
Cristina D. Silva
United States District Judge