# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Julio Cesar Valle Vizcarra,

                Petitioner

v.

John Mattos,

                Respondent

Case No. 2:25-cv-02477-CDS-BNW

**Order Granting Petitioner's Unopposed Motion to Extend Time**

[ECF No. 24]

Petitioner Julio Valle Vizcarra moves, for the fourth time, to extend time to file an amended petition for writ of habeas corpus. Mot., ECF No. 24. The court finds that the petitioner's request is made in good faith and not solely for the purpose of delay. In addition, the petitioner's counsel represents that the respondents' counsel does not oppose the extension.

IT IS THEREFORE ORDERED that the petitioner's motion to extend time to file an amended petition **[ECF No. 24] is GRANTED** nunc pro tunc. The amended petition is due May 18, 2026.

Dated: May 14, 2026

_____
Cristina D. Silva
United States District Judge