# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Julio Cesar Valle Vizcarra, | Case No. 2:25-cv-02477-CDS-BNW |
| Petitioner | **Order Granting Petitioner's Unopposed Motion to Extend Time** |
| v. | |
| John Mattos, | [ECF No. 26] |
| Respondent | |

Petitioner Julio Valle Vizcarra's counsel moves to extend the deadline to file an amended petition for writ of habeas corpus by four days. Mot., ECF No. 26. Although this is the petitioner's fifth request for an extension of time, I find that the request is made in good faith and not solely for the purpose of delay. Additionally, the petitioner's counsel represents that the respondent does not oppose the extension. *Id.* at 2.

IT IS HEREBY ORDERED that the petitioner's fifth motion to extend time to file an amended petition **[ECF No. 26] is GRANTED** nunc pro tunc. The amended petition is due by May 22, 2026.

Dated: May 19, 2026

_____
Cristina D. Silva
United States District Judge