TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Julio Cesar Valle Vizcarra, <br><br> Petitioner <br><br> v. <br><br> John Mattos, *et al.*, <br><br> Respondents | Case No. 2:25-cv-02477-CDS-BNW <br><br> **Order Approving Joint Stipulation for Extension of Time for Federal Respondents to File a Response to the Amended Petition for Writ of Habeas Corpus (ECF No. 28)** <br><br> **(First Request)** <br><br> [ECF No. 34] |

Petitioner Julio Cesar Valle Vizcarra and Federal Respondents, through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to the Amended Petition for Writ of Habeas Corpus ("Petition"), ECF No. 28, extending the deadline from June 5, 2026, to June 9, 2026. Federal Respondents conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed. This is the first request for an extension.

///
///
///
///
///
///

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to the Amended Petition from June 5, 2026, to June 9, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 5th day of June 2026.

Rene L. Valladares
Federal Public Defender

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/Sylvia Irvin*
Sylvia Irvin
Assistant Federal Public Defender
CA Bar No. 230302;
FL Bar No. 15379
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Sylvia_Irvin@fd.org
*Attorney for Petitioner Julio Cesar Valle Vizcarra*

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** June 5, 2026

2