Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Sylvia Irvin
Assistant Federal Public Defender
CA Bar No. 230302; FL Bar No. 15379
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Sylvia_Irvin@fd.org


*Attorneys for Petitioner Julio Cesar Valle Vizcarra


UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Julio Cesar Valle Vizcarra,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>John Mattos, *et al.*,<br><br>　　　　　Respondents. | Case No. 2:25-cv-02477-CDS-BNW<br><br>**Unopposed Motion for Extension of Time to File Reply, Filed One Day Out-of-Time**<br><br>**(First Request)**<br><br>[ECF No. 39] |

Petitioner Julio Cesar Valle Vizcarra filed the Amended Petition on May 22, 2026. ECF No. 28. Federal Respondents filed a Motion to Dismiss on June 16, 2026. ECF No. 38. Petitioner's counsel calendared today, June 23, 2026, as the Reply date, or 7 days after the Federal Respondents' June 16, 2026 filing. However, when undersigned counsel checked this Court's most recent scheduling order, she was reminded that this Court ordered Petitioner's Reply to be filed within 5 days of Federal Respondents' filing their response, which would have been Sunday, June 22, 2026. *See* ECF No. 30. Because the due date was on a Sunday, the Reply was due to be filed yesterday, Monday, June 22, 2026. Counsel now files this unopposed motion for extension to file the Reply, which she files one day out-of-time.

To appropriately address the motion to dismiss, undersigned counsel respectfully asks for a one-week extension of time to file the Reply, or until Monday, June 29, 2026. This motion is not filed for the purpose of delay, but in the interests of justice, judicial economy, and in the interest of Mr. Valle Vizcarra.

Before the filing of this motion, undersigned counsel emailed SAUSA Martin Mayer to ask for his position on this motion, and SAUSA Mayer stated that he did not oppose this motion for extension of time to file Reply.

For these reasons, counsel respectfully requests an extension of time until June 29, 2026, to file the Reply.

Dated June 23, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

/s/ Sylvia Irvin
Sylvia Irvin
Assistant Federal Public Defender

IT IS SO ORDERED:

Cristina D. Silva
United States District Judge

Dated: June 24, 2026

2