TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Julio Cesar Valle Vizcarra,<br><br>       Petitioner<br><br>v.<br><br>John Mattos, *et al.*,<br><br>       Respondents | Case No. 2:25-cv-02477-CDS-BNW<br><br>**Order Approving Joint Stipulation for Extension of Time for Federal Respondents to File a Response to the Amended Petition for Writ of Habeas Corpus**<br><br>**(Second Request)**<br><br>[ECF No. 37] |

      Petitioner Julio Cesar Valle Vizcarra and Federal Respondents, through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to the Amended Petition for Writ of Habeas Corpus ("Petition"), ECF No. 28, extending the deadline from June 9, 2026, to June 16, 2026, in order to accommodate the recent reassignment of this matter to the undersigned SAUSA.

      Federal Respondents conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed. This is the second request for an extension. This extension is sought in good faith and not for any purpose of undue delay.

*///*

*///*

*///*

*///*

*///*

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to the Amended Petition from June 9, 2026, to **June 16, 2026**.

Respectfully submitted this 9th day of June 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Sylvia Irvin*
SYLVIA IRVIN
Assistant Federal Public Defender
CA Bar No. 230302;
FL Bar No. 15379
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Sylvia_Irvin@fd.org
*Attorney for Petitioner Julio Cesar Valle Vizcarra*

*/s/ Martin J. Mayer*
MARTIN J. MAYER
Special Assistant United States Attorney

*Attorneys for Federal Respondents*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:**   June 24, 2026

2