**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Julio Cesar Valle Vizcarra,

Petitioner

v.

John Mattos, et al.,

Respondants

Case No. 2:25-cv-02477-CDS-BNW

**Order Granting Motion to Withdraw and Closing Case**

[ECF No. 32]

The United States of America moves this Court to allow Joshua Brister to withdraw as the attorney of record for the United States of America in this case because it has been reassigned to an attorney in the Civil Division. The Clerk of Court may close this case.

DATE: June 2, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

*/s/ Joshua Brister*
JOSHUA BRISTER
Assistant United States Attorney

IT IS SO ORDERED:

HON. CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE
Dated: October 2, 2026